IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| RICHARD KOUGH, BRIAN LITTLEJOHN, CRAIG PRIESTER, STERLING HARLEY, THERL TAYLOR, ROY SUTHERLAND and JOSEPH WILSON<br>　　　　　　PLAINTIFFS,<br><br>v.<br><br>SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, WARDEN LEVERN COHEN, INDIVIDUALLY AND/OR IN HIS OFFICIAL CAPACITY AS WARDEN OF RIDGELAND CORRECTIONAL INSTITUTION,<br><br>　　　　　　DEFENDANTS. | Civil Action No. 0:17-2938-JFA-PJG<br><br>**ORDER GRANTING DEFENDANT SOUTH CAROLINA DEPARTMENT OF CORRECTIONS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF BRIAN LITTLEJOHN (SCDC #322942)** |

This matter comes before the Court in response to a Motion for Leave to Take a Deposition, filed by Defendant South Carolina Department of Corrections, who seeks to take the deposition of inmate Brian Littlejohn, SCDC #322942. The proposed deponent is an inmate that is currently incarcerated within the South Carolina Department of Corrections. Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires that a party must obtain leave of Court if the person to be examined is confined in prison, and it appearing that the named Plaintiff has filed suit in the United States District Court of South Carolina, seeking damages allegedly resulting from the actions and/or inactions of Defendant South Carolina Department of Corrections while the named Plaintiff was incarcerated at the Ridgeland Correctional Institution.

IT IS THEREFORE ORDERED, upon Defendant South Carolina Department of Corrections' Motion, that leave of Court is granted for the deposition of inmate Brian Littlejohn, SCDC #322942, in accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

1

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 12, 2018
Columbia, South Carolina