SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

RIDGELAND CORRECTIONAL INSTITUTION

SECURITY POST DESCRIPTION NUMBER 35

SPECIFIC INSTITUTIONAL HOUSING UNIT OFFICER

MAY 02, 2016

**PURPOSE:**

To specify the duties of the Housing Unit Officer in maintaining custody and control of the inmates assigned to the housing unit.

**HOURS:**

24 HOURS PER DAY/ 7 DAYS PER WEEK

**EQUIPMENT:**

Multi-Threat Vest, hand held wand, two-way radio, hand cuffs, gloves, MK IV chemical munition, log book, up-to-date dorm report, keys pertaining to this post, fire escape hood, controlled movement schedule, CPR micro-shield, up-to-date official outcount rosters.

**SPECIFIC DUTIES:**

1. Exchange inmate count information as well as any other vital information with the on-coming officer.
2. Inventory all security equipment prior to the shift change.
3. Ensure radio and emergency phone checks are conducted at the beginning of the shift.
4. Ensure inmates are prepared for release prior to Institutional Controlled Movement Schedule.
5. Ensure that all inmates are in compliance with grooming standards and displaying an SCDC ID card.
6. Ensure that only inmates assigned to the wing are allowed entrance.
7. Ensure recreation doors are kept locked except when in use.
8. Ensure security checks of the recreation are completed and logged in the log book.
9. Ensure all dayrooms and closet doors remain locked when not in use.
10. Ensure all inmates leaving the wing are authorized to leave by outcount, OTR, or pass unless releasing for mass movement such as feeding time.
11. Ensure no inmates are allowed access to the unit Officer, Sergeant, Caseworker, or LT office without authorization. Inmate workers cleaning the offices must be supervised at all times.
12. Ensure security checks are conducted at least every 30 minutes and documented in the log book.
13. Ensure the recreation yard security check (to include all fencing and locks) are conducted prior to and at the end of the recreation period and documented in the log book.
14. Ensure all counts are announced and documented in the log book.
15. Ensure all cell doors, all dayrooms, and all closets are secured before counts are conducted.

16. Ensure all restrooms and common areas are searched prior to beginning formal/roll call counts.
17. Officer will remain on assigned wing at all times to maintain sight and sound of inmates.
18. Officers will be thoroughly familiar with institutional fire evacuation plans.
19. During unit/institutional lockdown due to disturbance or for disciplinary reasons, all cells will remain locked and secured at all times.
20. Ensure gender announcement is made and properly documented in the log book according to SCDC Policy/Procedure OP 21.12.

**GENERAL DUTIES:**

1. Officer is responsible for any other duties as may be assigned by a supervisor.
2. Employees are not permitted to have reading materials on this post other than that which pertains to their duty. There will be no sleeping on this post, consumption of alcoholic intoxicants or other drugs, watching television or listening to commercial radios. Housing unit officers may not leave this post until properly relieved.
3. Employees assigned to this post are not permitted to have in their possession any personal electronic devices (i.e. cell phones, black berries, computers, I-Pods, games, or any combination thereof)

Consonya Washington, Major

C. Anthony Burton, A/W of Operations

LeVern Cohen, Warden

| | |
|---|---|
| **RESTRICTED** | **PO# 35**  1 |
| **South Carolina Department of Corrections** | **Number:** 35 <br> **Title:** Housing Unit <br> **Date Issued:** December 16, 2016 <br> **Supersedes:** December 16, 2015 |
| **POST ORDERS** | **Approved By:** Michael McCall <br> **Deputy Director for Operations** |

**AUTHORITY: DEPUTY DIRECTOR FOR OPERATIONS**

**PURPOSE:** To specify the duties of the Housing Unit Officer in supervising the inmates assigned within the duty post. This officer will maintain inmate accountability, movement, and control within the duty post.

**NOTE:** **Multi- Threat Vests** must be worn at all times by Housing Unit Officers within Level II and Level III Institutions. This Officer will maintain a clear, factual, concise and permanent log of all events to include all staff assigned, all visitors, all equipment/keys assigned, inmate count, all inmate activities conducted, and any other incidents or emergencies related to this unit.

I.  **DUTIES AND RESPONSIBILITIES:**

The Housing Unit Officer will:

**Shift Change**

A.  Exchange inmate count information as well as any other vital information with the on-coming officer. An inventory of all security equipment will also be performed prior to the shift change.

**Inmate Movement Control**

A.  Prepare the inmates for scheduled activities prior to the execution of that particular activity.

B.  Ensure that all inmates released for activities are properly dressed, groomed, supervised and displaying an SCDC identification card.

C.  Maintain an accurate count of all inmates (i.e., pass books, inmate roster, destination sheets, out-count) etc.

D.  Ensure all releases for controlled movement of inmates occur only as prescribed by the "Institutional Controlled Movement Schedule".

**RESTRICTED**                                                                                        **PO# 35**           2

E.  **At Secure Level II and Level III Institutions, all inmates will be searched utilizing a hand-held metal detector/ scanner prior to being released from unit. In the event a hand-held metal detector/ scanner is temporarily unavailable, inmates will be thoroughly frisk searched.**

F.  Ensure inmates who fail to report for required activities without proper authorization will be reported to the appropriate supervisor.

G.  Ensure wing doors are secured except while allowing entry or exit. In addition to wing doors, all entrance/exit doors, which directly access the yard at level II and III institutions with "Controlled Movement" will be secured no later than 9:30 PM until breakfast release the next morning. The keys to the entrance/exit doors will be retained by the Yard Officer. Where applicable, see "Specific Institutional Post Orders" for further information.

**Key Control**

A.  **Maintain Housing Unit keys at <u>all</u> times. Keys will be affixed to an agency key lanyard and secured to the officer's belt. The belt will be threaded through the lanyard ring as per Agency policy and procedure and the keys will be carried inside of the BDU upper pants pocket or approved SCDC Key Pouch. Keys will not be attached to a Karabiner, D-Ring, hook, etc. at any time. At <u>no</u> time will Unit keys be given to inmates.**

B.  **Officers will only possess those keys necessary to access doors, storage, and other security related items within their assigned work area/ wing. Officers will not possess keys which would allow access into other wings within the housing unit or keys which would allow egress from the housing unit during the night shift.**

**Count**

A.  Announce count time and require all inmates to report to their appropriate locations, i.e., cells, work stations, etc.

B.  **PERSONALLY** count and record his/her findings on the count sheet.

C.  Ensure that inmates are counted independently by two (2) employees, during formal/roll call counts.

D.  Tally, verify, call in, and turn over the count sheets to the appropriate supervisor. When the count is clear, normal activities will resume.

II.  **OTHER DUTIES AND RESPONSIBILITIES:**

A.  Randomly frisk search inmates before allowing entrance to or exit from the Unit.

B.  Allow only assigned inmates entrance to the Unit.

SCDC - 0397

RESTRICTED                                                                    PO# 35        3

    C.      Supervise the inmate workers assigned to clean the Unit.

    D.      Conduct frequent inspections/searches of the Unit/rooms/cells to ensure safety, security and cleanliness as designated in the Specific Institutional Post Order.

    E.      Supervise day room activities.

    F.      Report all incidents to his/her immediate supervisor.

    G.      Distribute over-the-counter medications and document distribution on the Medication Log Sheet.

    H.      Be thoroughly familiar with the institutional evacuation procedures.

    I.      Provide general assistance to inmates assigned to his/her Unit regarding agency or institutional questions or concerns. The officer may refer inmates with personal problems to an appropriate staff member.

    **J.**      **During unit/ institutional lock down, due to disturbance or for disciplinary reasons, all cells will remain locked and secured at all times. Cell doors will only be opened and secured, one at a time, for feeding, showers, medical issues, or as directed by the Major or above. When cell doors are opened there must be at least three (3) uniformed security staff members present, one being the rank of Sergeant or above. Two of the uniformed security staff will be present at the cell door when opened and the third will remain a safe distance away and will be armed with an MK-IX or Ispra chemical munitions dispenser. When activated the third or "Cover Officer" post is not a pull post and should remain in place until the lock down has been cleared.**

### III.  GENERAL DUTIES:

    **A.**      **This officer will remain within sight and sound of the inmates to ensure constant supervision within the living area.**

    **B.**      **When a staff member or visitor enters the unit which is of the opposite sex of the inmates, and there is no other individual of the opposite sex currently present within the housing unit, the staff assigned to the unit will make an announcement of such. This announcement may be made by public address system or by clear and loud voice command that an individual of the opposite sex is in the area. No additional announcements are required as long as the member of the opposite sex is on post. These announcements must be recorded in the unit log book each time they are conducted.**

    C.      This officer will be responsible for any other duties as may be assigned by a Supervisor.

SCDC - 0398

| | |
|---|---|
| **RESTRICTED** | **PO# 35**     4 |

D. Employees are not permitted to have reading materials on this post other than that which pertains to their duty. There will be no sleeping on this post, consumption of alcoholic intoxicants or other drugs, watching television or listening to commercial radios. Housing Unit Officers may not leave this post until properly relieved.

E. **Employees assigned to this post are not permitted to possess or utilize any personal electronic devices (i.e. cell phone, black berries, computer, I-Pods, games, or any combination thereof.).**

Michael McCall
Signature on File

**SPECIFIC INSTITUTIONAL POST ORDERS AS APPROVED AND DATED BY THE WARDEN:**

SCDC - 0399